140 P.3d 437

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**August 10, 2006**

| 27305 | State v. Calipjo | Affirmed |
|---|---|---|

**August 11, 2006**

| 25932 | Cambra v. Maui Pineapple Co., Ltd. | Affirmed |
|---|---|---|
| 25795 | Thomas v. Law Office of J.T. Thomas | Affirmed |

**August 14, 2006**

| 27363 | Echt v. Frost | Reversed |
|---|---|---|
| 27030 | Mahoney v. State | Affirmed |

**August 15, 2006**

| 27219 | State v. Agard | Reversed |
|---|---|---|
| 27192 | State v. Gushiken | Affirmed |
| 27476 | State v. Matavale | Affirmed |